# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BETTY J. CHAMBERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | CASE NO. 3:05-cv-827-DGW |
| ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** The matter came before the Court on Complaint for review of a final decision of the Commissioner of Social Security.

**IT IS ORDERED AND ADJUDGED** that pursuant to an Order entered by United States Magistrate Judge Donald G. Wilkerson on March 31, 2008, the final decision of the Commissioner of Social Security is **AFFIRMED** and Judgment is **GRANTED** in favor of Defendant and against Plaintiff. This case is **DISMISSED** with prejudice.

**DATED**: March 31, 2008

                                                  **NORBERT G. JAWORSKI, CLERK**

                                                  BY: s/ Robin M. Butler
                                                          Deputy Clerk

Approved:

*s/ Donald G. Wilkerson*
**DONALD G. WILKERSON**
**United States Magistrate Judge**